UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:18-CR-158-13 |
| ) | |
| HEATHER MARIE CAIL ) | |
| ) | |

## ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count Two of the Superseding Indictment; (2) accept Defendant's plea of guilty to Count Two of the Superseding Indictment, that is, of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h); (3) adjudicate Defendant guilty of the charges set forth Count Two of the Superseding Indictment; and (4) find that Defendant shall remain on supervised release until sentencing in this matter [D. 272]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [D. 272] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Count Two of the Superseding Indictment is **GRANTED**;

1

(2) Defendant's plea of guilty to Count Two of the Superseding Indictment, that is, conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the Superseding Indictment;

(4) Defendant **SHALL REMAIN** on supervised release until sentencing in this matter which is scheduled to take place on **June 15, 2020 at 10:00 a.m. in Knoxville** before the Honorable Pamela L. Reeves, Chief United States District Judge.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**